**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| **KEVIN T. KING,** | : | |
| **Plaintiff,** | : | **Case No. 3:05-cv-433** |
| -vs- | : | **District Judge Walter H. Rice** |
| | | **Chief Magistrate Judge Michael R. Merz** |
| **STATE OF OHIO,** | : | |
| **Defendant.** | : | |

---

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Supplemental Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #10), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on June 13, 2006, hereby ADOPTS said Supplemental Report and Recommendations.

Accordingly, the Court shall not amend its original Decision adopting the original Report and Recommendations and the Clerk shall enter judgment dismissing the Petition with prejudice. Petitioner is DENIED leave to appeal *in forma pauperis* and any requested certificate of appealability.

June 14, 2006.

_____
Walter H. Rice
United States District Judge